

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00822-CV

**WILLIAMSBURG CARE COMPANY L.P.** d/b/a Princeton Place Rehabilitation and
Healthcare,
Appellant

v.

Sylvia **SOTO**, Individually and as Representative of the Estate of Narcisa Dimas, Deceased,
Ruby Buentello, Individually and as Representative of the Estate of Manuel Riojas Munoz,
Deceased, and Adela Barboza, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05792
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  July 29, 2015

DISMISSED

On December 9, 2013, we stayed the trial court proceeding in Trial Court No. 2013-CI-05792. On March 4, 2014, we abated this appeal. On July 1, 2015, the parties filed an Agreed, Joint Motion to Reinstate, to Lift Stay, and to Dismiss Appeal. In their motion, the parties state that they have settled the dispute in this appeal and that under the terms of the settlement, various actions need to be taken in the trial court. Therefore, the parties request that we reinstate the appeal, lift the stay of trial court proceedings, and dismiss this appeal pursuant to Texas Rule of Appellate

Procedure 42. We grant the parties' agreed motion, reinstate this appeal on the docket of this court,

lift the stay of trial court proceedings in Trial Court No. 2013-CI-05792, and dismiss this appeal.


PER CURIAM